UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



FILED
JUL 13 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:11-00166
18 U.S.C. § 666(a)(1)(A)

MICHAEL PAUL SCYOC

# I N F O R M A T I O N

The United States Attorney Charges:

At all relevant times:

1. Defendant Michael Paul Scyoc was employed by the State of West Virginia, West Virginia Consolidated Public Retirement Board ("CPRB") as a loan manager in Charleston, West Virginia and as such was an agent of the State of West Virginia.

2. During calendar year 2009, the State of West Virginia received benefits in excess of Ten Thousand Dollars ($10,000.00) under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance and other form of Federal assistance.

3. During 2009, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MICHAEL PAUL SCYOC did knowingly embezzle, steal, obtain by fraud and otherwise without authority convert to the use of a person other than the rightful owner, and intentionally misapply, property

valued at $16,000 that was under the care, custody, and control of the State of West Virginia.

In violation of Title 18, United States Code, Section 666(a)(1)(A).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: *[signature]*
SUSAN M. ROBINSON
Assistant United States Attorney